ACCEPTED
12-13-00253-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/24/2015 1:52:42 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

2/24/2015 1:52:42 PM

CATHY S. LUSK
Clerk

24 FEBRUARY 2014

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Joseph Sullivan v. State**
     **12-13-00253-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to Mr. Sullivan regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.


Sincerely,


/s/Austin Reeve Jackson

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Mr Demaria Woods
Inmate 1597516
Telford Unit
3899 Highway 98
New Boston, TX
75570

2. Article Number
   *(Transfer from service label)*

7014 1820 0001 9098 8633

PS Form **3811**, July 2013          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _JLindsey_         ☑ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
   JLindsey                        2-17-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*            ☐ Yes

12 FEBRUARY 2015

Mr. DeMaria Woods, Sr.
Inmate 1597516
Telford Unit
3899 State Highway 98
New Boston, TX 75570

<u>By Certified Mail</u>

**Re:  Appeal**

Mr. Woods:

Please find enclosed a copy of opinion issued by the Twelfth Court of Appeals in your case.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals.  If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion. That is by, 13 March 2015.

I would be happy to address any questions or concerns you have if you will simply let me know.


Sincerely,


Austin Reeve Jackson